[No. 4822.]

JENKS v. WITCHER ET AL.

**Former Opinion Followed.**
The judgment in this case is affirmed in accordance with Jenks v. Stump, ante, p. 281.

*Appeal from the District Court of Fremont County.*
*Hon. M. S. Bailey, Judge.*

Action by William J. Witcher and John J. Witcher against Effie A. Jenks. From a judgment for plaintiff, defendant appeals.          *Affirmed.*
Decision *en banc.*

Mr. GEO. F. DUNKLEE and Mr. O. E. JACKSON, for appellee.

Messrs. WALDO & DAWSON, for appellant.

Mr. JUSTICE CASWELL delivered the opinion of the court:

The facts involved in this case are the same as those involved and considered in *Effie A. Jenks v. William A. Stump, ante,* p. 281.

By stipulation and order of the court below, this case was consolidated with that case for the purpose of trial and determination; the stipulation providing for separate verdict and judgment in each case.

The questions presented for determination here are the same as the questions presented in that case, and the same law is applicable, and for the reasons there given the judgment herein is affirmed.

*Affirmed.*

Decision *en banc,* all the justices concurring.